Randolph **PHILLIPS** and Myron Neisloss, Plaintiffs-Appellants,

v.

**ALLEGHANY CORPORATION,**
Defendant-Appellee.

No. 159, Docket 25694.

United States Court of Appeals
Second Circuit.

Argued Dec. 3, 1959.

Decided Dec. 21, 1959.

Randolph Phillips, New York City, pro. se.

Daniel Jacobs, New York City, for appellant Neisloss.

Morton Moskin, of White & Case, New York City (David Hartfield, Jr., of White & Case, New York City, on the brief), for appellee.

Before CLARK, WATERMAN and MOORE, Circuit Judges.

PER CURIAM.

Order of dismissal affirmed on the opinion of District Judge Sugarman, Rosen v. Alleghany Corp., D.C.S.D.N.Y., 172 F.Supp. 317.